IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY KONNEKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 08-902-GPM |
| | ) |
| NATIONAL RAILROAD PASSENGER | ) |
| CORPORATION, d/b/a AMTRAK, | ) |
| | ) |
| Defendant. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, on a Stipulation of Dismissal filed by the parties.

**IT IS ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**.  The parties shall bear their own costs.

**DATED**:  01/19/2010

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
        Deputy Clerk


APPROVED:  s/ *G. Patrick Murphy*
        G. Patrick Murphy
        United States District Judge